ORIGINAL

ECF

FILED
JUL 27 2006
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

CNG TRANSMISSION MANAGEMENT VEBA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 06-541 T

Judge________________

## RULE 7.1 STATEMENT

Filed July 27, 2006

The plaintiff in this case is a Trust and, as such, is not required to file this statement. Nonetheless, in the interest of full disclosure, plaintiff states that its sponsor is Dominion Resources, Inc., a publicly-traded corporation. To the best of the knowledge of plaintiff's counsel, no other publicly-held corporation owns 10% or more of the stock of Dominion Resources, Inc.

Signed: ____________________
Eric R. Fox

Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
1700 Pennsylvania Avenue, N.W.,
Suite 600
Washington, D.C. 20006
Tel. No.—202-662-3406
Facsimile No.—202-393-7601
E-Mail Address.—ericfox@ipbtax.com