IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CNG TRANSMISSION MANAGEMENT VEBA, | ) | |
| | ) | |
| Plaintiff | ) | No. 06-541 T |
| | ) | The Honorable Lynn J. Bush |
| v. | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of W.C. Rapp as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

W.C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: August 9, 2006

s/ W. C. Rapp

W.C. RAPP
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0503
(202) 514-9440 fax