**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CNG TRANSMISSION MANAGEMENT VEBA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-541 T** |
| **v.** | ) | **The Honorable Lynn J. Bush** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from September 25, 2006, to and including November 24, 2006, within which to answer or otherwise respond to the Complaint in the above-captioned case. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff seeks the refund of an alleged overpayment of tax in the amount of $1,065,684 with respect to its 2000 taxable year. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. Defendant's attorneys have not yet received the relevant files, and will not receive them in time to accomplish timely filing of a response to the Complaint. Without the relevant administrative files, and the

legal recommendation of the Chief Counsel, it is impossible to draft a meaningful response to the complaint.

The time requested herein is therefore necessary for the Chief Counsel's attorneys to secure the relevant files and otherwise finish their work; and for defendant's attorneys to receive and review the files and recommendation, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

September 25, 2006

s/ David Gustafson
Of Counsel