# In the United States Court of Federal Claims

No. 06-541 T

(Filed September 27, 2006)

* * * * * * * * * * * * * * * * * * * * * *
CNG TRANSMISSION MGMT. VEBA, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 25, 2006, defendant filed an unopposed Motion for Enlargement of Time of sixty days, to and including November 24, 2006, within which to answer or otherwise respond to plaintiff's complaint. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge