***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| CNG TRANSMISSION MANAGEMENT VEBA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **No. 06-541 T** |
| | ) | **(The Honorable Judge Lynn J. Bush)** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of George L. Squires, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

George L. Squires, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: January 17, 2007

s/George L. Squires

George L. Squires, Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-6587
Fax: (202) 514-9440
George.L.Squires@usdoj.gov