IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CNG TRANSMISSION MANAGEMENT VEBA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 06-541 T<br>Judge Lynn J. Bush |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant hereby moves for an enlargement of 30 days, from January 18, 2007, to and including February 17, 2007, within which to file a joint preliminary status report (JPSR). As good cause for granting this motion, defendant represents that on January 17, 2007, defendant changed its attorney of record for this case from, William C. Rapp, to the undersigned because Mr. Rapp had been tasked to handle a particularly difficult matter and had no time to draft the JPSR for plaintiff's counsel to review, as he had promised, before January 18, the due date for filing the JPSR. Defendant's new attorney-of-record is wholly unfamiliar with this case, and will need some time to review the files and draft a JPSR for plaintiff's counsel to review. Counsel for plaintiff has authorized defendant's counsel to report that plaintiff does not object to this Court

granting defendant motion for an enlargement of 30 days, until February 17, 2007, for this purpose. This is the first motion defendant has made for this purpose.

WHEREFORE, defendant prays that the Court grant its motion for an enlargement of 30 days through February 17, 2007, within which the parties are required to file the JPSR.

Respectfully submitted,

s/George L. Squires

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
G. Robson Stewart
Reviewer, Court of Federal Claims Section

s/G. Robson Stewart

Of Counsel

January 17, 2007