# In the United States Court of Federal Claims

No. 06-541 T

(Filed January 18, 2007)

* * * * * * * * * * * * * * * * * * * * * *
CNG TRANSMISSION MGMT. VEBA, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 17, 2007 defendant filed an Unopposed Motion for Enlargement of Time of thirty days, to and including February 17, 2007,[1] within which to file a Joint Preliminary Status Report. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**, and the parties shall FILE their Joint Preliminary Status Report on or before February 20, 2007.

/s/Lynn J. Bush
LYNN J. BUSH
Judge

[1]/ The court notes that February 17, 2007 is a Saturday and the court is closed on that day.