# In the United States Court of Federal Claims

No. 06-541 T

(Filed March 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
CNG TRANSMISSION MGMT. VEBA, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING ORDER**

On February 16, 2007, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their joint preliminary status report (JPSR). Therein, the parties reported to the court that they anticipate that this case will go forward to litigation. In that regard, counsel for the respective parties request that the parties be permitted to engage in discovery and determine if filing a dispositive motion is appropriate in lieu of or in addition to trial. Additionally, counsel for the respective parties request that the parties be permitted to engage in discovery, while they concurrently continue to explore settlement.

Upon an examination of the pleadings and the JPSR, pursuant to RCFC 16(b), it is hereby **ORDERED** that the parties proposed schedule is **GRANTED**, as follows.

(1) Initial Disclosures, pursuant to RCFC 26(a), shall be exchanged between the parties on or before **March 6, 2007**.

(2) Disclosure to counsel for defendant of the name, address, and qualifications of each person who may be used by plaintiff at trial to present

evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence, and disclosure to counsel for defendant of each expert witness report for each such person, on or before **September 28, 2007**.

(3) Disclosure to plaintiff of the name, address, and qualifications of each person who may be used by defendant at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence or to contradict or rebut opinion evidence included in an expert witness report that was disclosed to defendant on or before September 28, 2007, and disclosure to counsel for plaintiff of each expert witness report for each such person, on or before **November 30, 2007**.

(4) Disclosure to counsel for defendant of the name, address, and qualifications of each person who may be used by plaintiff at trial to contradict or rebut opinion evidence included in each expert witness report that was disclosed to plaintiff on or before November 30, 2007, and disclosure to counsel for defendant of each expert witness report for each such person, on or before **January 4, 2008**.

(5) Completion of discovery (deadline for filing motions to compel), on or before **January 25, 2008**.

(6) Post-Discovery Conference pursuant to App. A ¶11, on or before **March 7, 2008**.

(7) Meeting of counsel pursuant to App. A ¶ 13 to exchange exhibit lists and actual listed exhibits, except those previously exchanged, witness lists, and to confer on subjects listed in App. A ¶ 13©, on or before **March 14, 2008**.

(8) Plaintiff's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to App. A ¶¶ 14(a), 15, and 16 due, on or before **March 28, 2008**.

(9) Defendant's response to plaintiff's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to App. A ¶¶ 14(b), 15, and 16, due on or before **April 25, 2008**.

(10) Motions in Limine and other pretrial motions due on or before **May 2, 2008**.

(11) Responses to Motions in Limine and other pretrial motions due on or

before **May 16, 2008**.

(12) Replies to Responses to pretrial motions due on or before **May 23, 2008**.

(13) Subsequent to the court's receipt of the foregoing, the court will determine the necessity for a pretrial conference; the location, date and time of which shall be determined at a later date.

(14) On **February 8, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge