# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CNG TRANSMISSION MANAGEMENT VEBA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-541 T** |
| **v.** | ) | **The Honorable Lynn J. Bush** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, respectfully moves the Court for an enlargement of time of 21 days for all future deadlines set forth in the Court's March 2, 2007, Preliminary Scheduling Order. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

George L. Squires, Esq. had been counsel of record for the government in this action beginning on January 17, 2007. Due to a family medical emergency, Mr. Squires has been away from work for some time, and he will continue to be away from work for an additional number of weeks. Responsibility for defending this case was therefore reassigned to the undersigned, effective January 22, 2008.

The Court's March 2, 2007, Preliminary Scheduling Order establishes a deadline for "[c]ompletion of discovery (deadline for filing motions to compel), on or before January 25, 2008." The Scheduling Order establishes a further deadline of February 8, 2008, for the parties



3007863.1

to file a joint status report "informing the court of the status of proceedings in the case," "the extent to which the parties have determined whether any or all of the instant matter may be settled," and "whether any or all of the issues may be resolved by summary judgment." Additional pretrial deadlines follow.

The undersigned was assigned responsibility for defending this case yesterday. The undersigned has not yet had an opportunity to review the case materials, to determine whether discovery has been properly completed, to decide whether it will be necessary for the government to file a motion to compel discovery, to evaluate whether the case is susceptible of settlement, or to determine whether issues may be resolved by summary judgment.

Defendant therefore requests a twenty-one (21) day enlargement of all deadlines set forth in paragraphs (5) through (14) of the Court's March 2, 2007, Preliminary Scheduling Order, as follows:

| | |
|---|---|
| (5) "Completion of discovery . . ." | February 15, 2008 |
| (6) "Post-Discovery Conference . . ." | March 28, 2008 |
| (7) "Meeting of counsel . . ." | April 4, 2008 |
| (8) "Plaintiffs' Memorandum . . ." | April 18, 2008 |
| (9) "Defendant's response . . ." | May 16, 2008 |
| (10) "Motions in limine . . ." | May 23, 2008 |
| (11) "Responses to Motions in limine . . ." | June 6, 2008 |
| (12) "Replies to responses . . ." | June 13, 2008 |
| (14) ". . . Joint Status Report . . ." | February 29, 2008 |

Defendant is hopeful that a twenty-one day enlargement of all deadlines will enable the undersigned to familiarize himself with the status of this case, to comply with the deadline for completing discovery, and to participate meaningfully in the preparation of a Joint Status Report to the Court. Defendant believes that the firm scheduling of further pretrial deadlines can be revisited during the Post-Discovery Conference.

Defendant is authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/Jason Bergmann

JASON BERGMANN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3425

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

January 23, 2008