**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CNG TRANSMISSION MANAGEMENT VEBA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-541 T** |
| **v.** | ) | **The Honorable Lynn J. Bush** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant, the United States, respectfully moves the Court for an enlargement of time of 28 days for all deadlines set forth in the Court's January 24, 2008, Order. This is the second enlargement requested for this purpose. As good cause therefor, defendant states as follows:

George L. Squires, Esq. had been counsel of record for the Government beginning on January 17, 2007. Due to a family medical emergency, Mr. Squires was required to withdraw. Responsibility for defending this case was reassigned to the undersigned counsel, effective January 22, 2008.

The Court's January 24, 2008, Order establishes a deadline for "[c]ompletion of discovery (deadline for filing motions to compel), on or before February 15, 2008." The Order establishes a further deadline of February 29, 2008, for the parties to file a joint status report "informing the court of the status of proceedings in the case," "the extent to which the parties

have determined whether any or all of the instant matter may be settled," and "whether any or all of the issues may be resolved by summary judgment." Additional pretrial deadlines follow.

The undersigned has reviewed the files in this action and determined that discovery is not yet completed. The record is likely sufficient for the parties to brief the crucial legal questions in this case on cross-motions for summary judgment. However, depending on the outcome of those motions, further discovery may be necessary for the Government to meaningfully address any computational issues that might arise thereafter. Thus, the Government may be required to compel further answers to discovery requests that plaintiff already answered, and the Government may also be required to propound further discovery requests.

The undersigned has attempted to confer with plaintiff's counsel to address these discovery issues. Plaintiff's counsel is presently out of the country and is unable to speak. However, in an exchange of electronic mail messages, plaintiff's counsel advised the undersigned that plaintiff does not oppose a 28-day extension in the case schedule.

Defendant is hopeful that a 28-day enlargement of all deadlines would provide the parties with sufficient time to confer regarding the further discovery needed by the Government, and to participate meaningfully in the preparation of a Joint Status Report to the Court. Defendant believes that the firm scheduling of further pretrial deadlines can be revisited during the Post-Discovery Conference. Defendant therefore requests a 28-day enlargement of all deadlines set forth in paragraphs (1) through (10) of the Court's January 24, 2008, Order, as follows:

| | |
|---|---|
| (1) "Completion of discovery . . ." | March 14, 2008 |
| (2) "Post-Discovery Conference . . ." | April 25, 2008 |
| (3) "Meeting of counsel . . ." | May 2, 2008 |

| | |
|---|---|
| (4) "Plaintiffs' Memorandum . . ." | May 16, 2008 |
| (5) "Defendant's response . . ." | June 13, 2008 |
| (6) "Motions in limine . . ." | June 20, 2008 |
| (7) "Responses to Motions in limine . . ." | July 7, 2008** |
| (8) "Replies to responses . . ." | June 14, 2008** |
| (10) ". . . Joint Status Report . . ." | March 28, 2008 |

[**Proposed dates in (7) and (8) were advanced by 31 days to account for the July 4th Holiday]

Defendant is authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/Jason Bergmann
JASON BERGMANN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3425

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

February 15, 2008