# In the United States Court of Federal Claims

No. 06-541 T

(Filed February 20, 2008)

* * * * * * * * * * * * * * * * * * * * * *
CNG TRANSMISSION MGMT. *
VEBA, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On February 14, 2008, defendant filed an Unopposed Motion for Enlargement of Time of twenty-eight days for all future deadlines set forth in the court's preliminary scheduling order of January 24, 2008. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**, and the parties shall comply with the revised schedule, as follows.

(1) Completion of discovery (deadline for filing motions to compel), on or before **March 14, 2008**.

(2) Post-Discovery Conference pursuant to App. A ¶11, on or before **April 25, 2008**.

(3) Meeting of counsel pursuant to App. A ¶ 13 to exchange exhibit lists and actual listed exhibits, except those previously exchanged, witness lists, and to confer on subjects listed in App. A ¶ 13(c), on or before **May 2, 2008**.

(4) Plaintiff's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to App. A ¶¶ 14(a), 15, and 16 due, on or before

**May 16, 2008**.

(5) Defendant's response to plaintiff's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to App. A ¶¶ 14(b), 15, and 16, due on or before **June 13, 2008**.

(6) Motions in Limine and other pretrial motions due on or before **June 20, 2008**.

(7) Responses to Motions in Limine and other pretrial motions due on or before **July 7, 2008**.

(8) Replies to Responses to pretrial motions due on or before **July 14, 2008**.

(9) Subsequent to the court's receipt of the foregoing, the court will determine the necessity for a pretrial conference; the location, date and time of which shall be determined at a later date.

(10) On **March 28, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge