# In the United States Court of Federal Claims

No. 06-541 T

(Filed April 1, 2008)

* * * * * * * * * * * * * * * * * * * * * *
CNG TRANSMISSION MGMT. VEBA, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 28, 2008, the parties filed a Joint Status Report. Therein, the parties reported to the court that they anticipate filing cross motions for summary judgment on the issue of liability. In that regard, counsel for the respective parties state they have conferred and propose the following briefing schedule on the filing of cross-motions:

| | |
|---|---|
| **Plaintiff's Motion for Summary Judgment** | **May 9, 2008** |
| **Defendant's Response and Cross-Motion** | **June 6, 2008** |
| **Plaintiff's Response and Reply** | **June 27, 2008** |
| **Defendant's Reply** | **July 18, 2008** |

Accordingly, it is hereby **ORDERED** that the parties' proposed schedule shall be **GRANTED** as set forth above.

/s/Lynn J. Bush
LYNN J. BUSH
Judge