# In the United States Court of Federal Claims

No. 06-541 T

(Filed May 8, 2008)

* * * * * * * * * * * * * * * * * * * * * *
CNG TRANSMISSION MGMT. VEBA, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 7, 2008, plaintiff electronically filed a document entitled a Motion for Summary Judgment in the subject matter. Upon receipt, the Clerk's Office notified chambers of the undersigned that plaintiff's electronic filing consisted of two filings in one document, i.e., plaintiff's motion and proposed findings of uncontroverted fact were all one document. The Clerk's Office stated that pursuant to RCFC 56(h)(1), the proposed findings of uncontroverted fact is required to be a separate filing. The matter was referred for a ruling.

Accordingly, it is hereby **ORDERED** that the Clerk's Office shall **STRIKE** plaintiff's May 8, 2008 electronic filing [docket no. 23] from the docket and plaintiff's counsel shall electronically **FILE** two separate documents, plaintiff's Motion for Summary Judgment and Proposed Finding of Uncontroverted Fact, on or before **May 12, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge