**INDEX OF CONTENTS IN APPENDIX**

Excerpts from I.R.C. § 512(a)(3)(A). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 1

Excerpts from I.R.C. § 512(a)(3)(A). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 2

Excerpts from I.R.C. § 512(a)(3)(E). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 3

Excerpts from I.R.C. § 419A(c). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 4

Excerpts from Treas. Reg. § 1.512(a)-5T. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 5

Further excerpts from Treas. Reg. § 1.512(a)-5T. . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 6

Excerpts from Staff of Joint Comm. on Taxation, *Description of Possible Ways and Means Committee Amendments to H.R. 4170 (Tax Reform Act of 1984)* (February 29, 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 7

Excerpts from H.R. Rep. No. 98-432, pt 2 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 8

Excerpts from H.R. 4170, 98th Cong. (as passed by House, April 26, 1984). . . . . . Tab 9

Excerpts from Staff of Joint Comm. on Taxation, *Description of Tax Provisions of H.R. 4170 as Passed by the House and the Senate*, at 101 (Comparative Comm. Print May 22, 1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 10

Excerpts from H.R. Conf. Rep. No. 98-861 (1984) . . . . . . . . . . . . . . . . . . . . . . . . Tab 11

130 Cong. Rec. H7524 & H7527 (daily ed. June 29, 1984) . . . . . . . . . . . . . . . . . . Tab 12

Excerpts from Tax Reform Act of 1984, § 511(b), 98 Stat. 860. . . . . . . . . . . . . . . Tab 13

Excerpts fromStaff of the Joint Comm. on Taxation, 98th Cong., *General Explanation of the Revenue Provisions of the Deficit Reduction Act of 1984* (Comm. Print 1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tab 14