# DESCRIPTION OF POSSIBLE WAYS AND MEANS COMMITTEE AMENDMENTS

# TO H.R. 4170 (TAX REFORM ACT OF 1983)

Scheduled for Committee Markup

on February 29, 1984

Prepared by the Staff of the Joint Committee on Taxation

February 29, 1984

JCX-2-84

## INTRODUCTION

This document provides a brief description of possible further Ways and Means Committee amendments to H.R. 4170 (Tax Reform Act of 1983), as reported by the Committee on October 21, 1983 (H. Rep. No. 98-432).

The possible additional amendments to H.R. 4170 described in this document are: (I) miscellaneous changes to existing titles of H.R. 4170; (II) effective date changes to H.R. 4170 provisions; (III) additional revenue-raising items; and (IV) highway use tax alternatives. The revenue raising items include: (A) a "tax freeze" proposal; (B) partnerships and other pass-through entities; (C) taxation of corporations and their shareholders; (D) time value of money and other accounting issues; (E) debt obligations; (F) compliance provisions; (G) employer/employee benefit provisions; (H) miscellaneous provisions relating to tax-motivated transactions; and (I) tax straddles.

This document does not include a description of previously approved Committee amendments to H.R. 4170 (technical corrections and miscellaneous provisions approved on November 16, 1983).

# SUMMARY CONTENTS


| | Page |
|---|---|
| INTRODUCTION | i |
| SUMMARY CONTENTS | ii |
| DETAILED CONTENTS | iii |
| DESCRIPTION OF POSSIBLE AMENDMENTS | 1 |
| I. Miscellaneous Amendments to H.R. 4170 | 1 |
| II. Effective Date Changes to H.R. 4170 | 21 |
| III. Additional Revenue Raising Items | 37 |
| A. "Tax Freeze" Proposal | 37 |
| B. Partnerships and Other Pass-Through Entities | 41 |
| C. Taxation of Corporations and Their Shareholders | 52 |
| D. Time Value of Money and Other Accounting Issues | 72 |
| E. Debt Obligations | 79 |
| F. Compliance Provisions | 83 |
| G. Employer/Employee Benefit Provisions | 88 |
| H. Miscellaneous Items | 95 |
| I. Tax Straddles | 100 |
| IV. Highway Use Tax/Diesel Fuel Tax Changes | 107 |

## G EMPLOYER-EMPLOYEE ITEMS

| Item | Present Law | Administration Proposal | Possible Modifications and Other Proposals |
|---|---|---|---|
| 1. **Welfare Benefit Plans** | | | |
| a Employer deductions | Generally, an employer's contribution to a fund which is part of a welfare benefit plan is deductible in the year the contribution is made, even though the benefits for which the contribution is used may not be paid to the employee for many years This is similar to the tax treatment of contributions to a qualified pension plan, which is subject to many more requirements than a welfare plan. Contributions for post-retirement medical benefits of qualified plans are not taken into account in computing whether benefits under those plans satisfy the prescribed limits An accrual method taxpayer may accrue vacation pay that is payable before the close of the succeeding taxable year, even though it will not be paid until a much later year | | Generally, an employer' deduction for a contribution to a funded welfare benefit plan would be allowed at the same time and in the same amount as if the benefit were provided directly by the employer under an unfunded plan In addition, for certain insurance-type benefits, a deduction would be allowed for an addition to a reserve, which generally would be limited to 50 percent of the average annual payments for these benefits during the past 3 years, higher reserve would be allowed in certain cases Contributions for post-retirement medical benefits provided under a qualified pension plan to owners of more than 5 percent of the employer would be considered as a plan contr for purposes of applying the limits An accrual method taxpayer could deduct the amount necessary so that it vacation pay account is the amount reasonably expected to be paid before the end of the succeeding year<br><br>Effective date --Contribution made after March 31, 1984 |

| Item | Present Law | Administration Proposal | Possible Modifications and Other Proposals |
|---|---|---|---|
| 1. Welfare Benefit Plans (cont.)<br><br>b. Tax-exempt funding | A tax-exempt supplemental unemployment benefit trust or voluntary employees' beneficiary association (VEBA) may be established and maintained by an employer as a funding medium for welfare benefits. Traditionally, VEBAs have been used by employee organizations to provide life, health, accident, disability, and unemployment benefits and to provide customary recreational facilities. A VEBA may not be used by an employer to fund deferred compensation, but VEBAs have been used recently to accumulate deductible funds set aside to provide severance pay to the operator of a professional corporation. | | The rules providing for benefits permitted to be paid from a VEBA would be clarified to exclude deferred compensation benefits essentially equivalent to wages. The rules requiring notice to the IRS of a claim of exempt status for a benefit organization would be clarified. The investment income of a benefit organization would be subject to the tax on unrelated business income to the extent assets exceed permitted levels, and contributions of property from an employer to a related exempt benefit organization would be treated as a transaction between related parties.<br><br>Effective date.--Taxable years beginning after December 31, 1984. |

| Item | Present Law | Administration Proposal | Possible Modifications and Other Proposals |
|---|---|---|---|
| 1. Welfare Benefit Plans (cont ) | | | |
| c Discrimination rules for plans of exempt benefit organizations | A VEBA is subject to standards that forbid discrimination in favor of employees who are officers, shareholders, or highly compensated. The rules are not clearly defined. | | The rules prohibiting discrimination would be clarified If a benefit is of a type for which nondiscrimination is required as a condition of an exclusion of gross income, the exempt organization could provide the benefit only if the benefit conforms to the specified standard Other benefits could not discriminate in favor of highly compensated employees as to eligibility or benefit level Also, a benefit for highly-paid, etc , employees could not exceed 25 percent of the benefit provided to all employees<br><br>Effective date - Taxable years beginning after December 31, 1984 |

91

| Item | Present Law | Administration Proposal | Possible Modifications and Other Proposals |
|---|---|---|---|
| 1 Welfare Benefit Plans | | | |
| d Coordination with treatment of deferred compensation | Deductions for contributions to a nonqualified deferred compensation plan are not allowed until a benefit is includible in the employee's income, but the Code does not provide a clear distinction between deferred compensation and welfare benefits | | Deferred compensation would include any arrangement for deferring the receipt of compensation or any unfunded deferred benefit<br><br>Effective date --Amounts paid or incurred after March 31, 1984 |