(Mr. CHENEY asked and was given permission to revise and extend his remarks.)

Mr. CHENEY. Mr. Chairman, Let me begin by apologizing to my colleagues for bringing up this important matter at this late hour on the last night before we adjourn for the July break. Many of us had hoped that we would be able to lay over this legislation and complete it after the July break, but obviously we do not control the agenda on our side of the aisle, and the majority has exercised its prerogative to say that we should stay and finish tonight and that is certainly within their jurisdiction.

Mr. Chairman, I am concerned, as the ranking Republican on the Water and Power Subcommittee of the Interior Committee that we are making a very serious mistake if we adopt the legislation in its present form.

□ 1810

I know the members of the Committee on Public Works and Transportation, both the minority and majority side, have worked very long and very hard on this legislation.

Mr. ROE. Mr. Chairman, will the gentleman yield to me for just a moment?

Mr. CHENEY. I would be happy to yield to the gentleman from New Jersey.

Mr. ROE. I thank the gentleman for yielding.

Mr. Chairman, the Speaker has advised us that a resolution is now back from the Senate and he has asked us if we could rise now just to get that through and then we will come right back again, if that is satisfactory.

Mr. CHENEY. I would be happy to yield for that purpose.

Mr. ROE. Mr. Chairman, I move that the Committee do now rise.

The motion was agreed to.

Accordingly, the Committee rose; and the Speaker having resumed the chair, Mr. SAM B. HALL, JR., Chairman of the Committee of the Whole House on the State of the Union, reported that that Committee, having had under consideration the bill (H.R. 3678) to provide for the conservation and development of water and related resources and the improvement and rehabilitation of the Nation's water resources infrastructure, had come to no resolution thereon.

## CORRECTING TECHNICAL ERRORS IN THE ENROLLMENT OF H.R. 4170, TAX REFORM ACT OF 1983

Mr. GIBBONS. Mr. Speaker, I ask unanimous consent to take from the Speaker's table the concurrent resolution (H. Con. Res. 328) entitled "Concurrent resolution to correct technical errors in the enrollment of the bill H.R. 4170," with a Senate amendment thereto, and concur in the Senate amendment.

The Clerk read the title of the concurrent resolution.

The Clerk read the Senate amendment, as follows:

Strike out all after the resolving clause and insert: That, in the enrollment of the bill (H.R. 4170) to provide for tax reform, and for other purposes, the Clerk of the House of Representatives shall make the following corrections:

DIVISION A—TAX REFORM ACT OF 1984

(1) In section 168(j) of the Code (as added by section 31(a) of the bill) strike out "15" and insert in lieu thereof "18" in each of the following provisions of section 168(j):

(A) Subclause (III) of paragraph (1)(B).

(B) Clause (i) of paragraph (2)(B) (including the heading thereof).

(C) Clause (ii) of paragraph (2)(B) (including the heading thereof).

(D) Paragraph (2)(D).

(E) Paragraph (3)(A) (including the heading thereof).

(F) The heading of paragraph (3)(B).

(G) Clause (i) of paragraph (3)(B).

(H) Clause (ii) of paragraph (3)(C).

(I) Paragraph (6)(C) (including the heading thereof).

(2) In clause (ii) of section 168(j)(2)(B) of the Code (as added by section 31(a) of the bill) insert "(using a mid-month convention)" after "months".

(3) In section 168(j)(2) of the Code (as added by section 31(a) of the bill) strike out subparagraph (F) and insert:

"(F) 18-year real property.—For purposes of this subsection, the term '18-year property' includes—

"(i) low-income housing, and

"(ii) any property which was treated as 15-year real property under this section (as in effect before the amendments made by the Tax Reform Act of 1984).

(4) In subclause (II) of section 168(j)(4)(E)(ii) of the Code (as added by section 31(a) of the bill), insert "under the lease" after "placed in service".

(5) In subclause (I) of section 48(a)(5)(B)(ii) of the Code (as added by section 31(b) of the bill), strike out "and" at the end thereof and insert in lieu thereof "or".

(6) In subclause (I) of section 48(a)(5)B)(iii) (as added by section 31(b) of the bill), strike out "to which section 47(a)(7) applies" and insert in lieu thereof "used under a qualifying lease (as defined in section 47(a)(7)(C))".

(7) In subclause (II) of section 48(A)(5)(B)(iii) of the Code (as added by section 31(b) of the bill), strike out "the lease" and insert in lieu thereof "a lease".

(8) In section 7701(e)(3) of the Code (as added by section 31(e) of the bill), strike out the matter following subparagraph (B) thereof and preceding subparagraph (C) thereof.

(9) In each of subparagraphs (C), (D), and (E) of section 7701(e)(3) of the Code (as added by section 31(e) of the bill), strike out "The" and insert in lieu thereof "For purposes of subparagraph (A), the".

(10) In subparagraph (A) of section 7701(e)(4) of the Code (as added by section 31(e) of the bill), insert ", cogeneration facility, alternative energy facility, or water treatment works facility" after "qualified solid waste disposal facility" in the matter preceding clause (i).

(11) In paragraph (5) of section 7701(e) of the Code (as added by section 31(e) of the bill), strike out "section 168" and insert in lieu thereof "section 168(c)(2)(F)".

(12) In subparagraph (A) of section 31(g)(8) of the bill, insert at the end thereof "For purposes of the preceding sentence, the term '15-year real property' includes 18-year real property."

(13) In clause (i) of section 31(g)(11)(B) of the bill, strike out "maximum of units" and insert in lieu thereof "maximum number of units".

(14) In clause (i) of section 31(g)(15)(A) of the bill, insert "by the taxpayer" after "placed in service".

(15) In paragraph (17) of section 31(g) of the bill, strike out "section 168(c)(1)(D)" in the matter preceding subparagraph (A) and insert in lieu thereof "section 168(c)(2)(D)".

(16) In clause (ii) of section 31(g)(17)(J) of the bill, insert "written" before "commitment".

(17) In clause (ii) of section 31(g)(17)(L) of the bill—

(A) strike out "Internal Revenue Code" and insert in lieu thereof "Internal Revenue Code of 1954", and

(B) strike out "in existence".

(18) In subparagraph (M) of section 31(g)(17) of the bill, insert "and" after "center,".

(19) In subparagraph (D) of section 31(g)(20) of the bill—

(A) insert "to a tax-exempt entity" after "sublease", and

(B) insert ", 168(j)(8)(A)," after "section 168(j)(6)(A)".

(20) In section 1274(c)(2) of the Code (as added by section 41(a) of the bill), strike out "is less than" and insert in lieu thereof "is less than or equal to".

(21) In the subpart heading for subpart B of part V of subchapter P of chapter 1 of the Code (as added by section 41(a) of the bill), strike out "on Bonds".

(22) In section 163(e)(2) of the Code (as added by section 42(a) of the bill), strike out subparagraph (C).

Strike out paragraph (23) of the corrections to DIVISION A—TAX REFORM ACAT OF 1984 and insert the following new paragraph:

(23) In section 483 of the Code (as added by section 41 (b) of the bill), redesignate subsection (e), (f), and (g) as subsection (f), (g), and (h), respectively, and insert after subsection (d ) the following new subsection.

"(e) Interest Rates in Case of Sales of Principal Residences or Farm Lands.—

"(1) In general.—In the case of any debt instrument arising from a sale or exchange to which this subsection applies, subsections (b) and (c)(1)(B) shall be applied by using, in lieu of the discount rates determined under such subsections, discount rates determined under subsections (b) and (c)(1), respectively, of this section as it was in effect before the amendments made by the Tax Reform Act of 1984.

"(2) Sales or exchanges to which subsection applies.—This subsection shall apply—

"(A) to any sale or exchange by an individual of his principal residence (within the meaning of section 1034), and

"(B) to any sale or exchange by a person of land used by such person as a farm (within the meaning of section 6420(c)(2)).

(3) Limitation.—Paragraph (1) shall apply to any sale or exchange by an individual of his principal residence (within the meaning of section 1034), only to the extend the purchase price of such residence does not exceed $250,000.

(24) In paragraph (1) os section 53(b) of the bill, strike out "section 246(c)" and insert in lieu thereof "section 246".

(25) In section 301(c)(2) of the Code (as added by section 54(b) of the bill), strike out "section 1248(f)(2)" and insert in lieu thereof "section 1248".

For purposes of the preceding sentence, the purchase price of a residence shall be determined without regard to this section.

(26) In the section heading for section 59 of the bill, strike out "EXCEPTIONS" and insert in lieu thereof "EXCEPTION" and

(86) Strike out clauses (i) and (ii) of section 419A(c)(5)(B) and insert in lieu thereof the following:

"(i) SHORT-TERM DISABILITY BENEFITS.—In the case of short-term disability benefits, the safe harbor limit for any taxable year is 17.5 percent of the qualified direct costs (other than insurance premiums) for the immediately preceding taxable year with respect to such benefits.

"(ii) MEDICAL BENEFITS.—In the case of medical benefits, the safe harbor limit for any taxable year is 35 percent of the qualified direct costs (other than insurance premiums) for the immediately preceding taxable year with respect to medical benefits.

(87) In paragraph (1) of section 419A(e) of the Code (as added by section 511 of the bill), strike out "medical benefits or life insurance benefits provided to retired employees" and insert in lieu thereof "post-retirement medical benefits or life insurance benefits to be provided to covered employees".

(88) In paragraph (2) of section 419A(g) of the Code (as added by section 511 of the bill), strike out "referred to in paragraph (1)".

(89) Strike out paragraph (5) of section 511(e) of the bill and insert in lieu thereof the following:

(5) BINDING CONTRACT EXCEPTIONS TO PARAGRAPH (4).—Paragraph (4) shall not apply to any facility placed in service before January 1, 1987—

(A) which is acquired by the fund (or contributed to the fund) pursuant to a binding contract in effect on June 22, 1984, and at all times thereafter, or

(B) the construction of which by or for the fund began before June 22, 1984.

(90) In clause (i) of section 512(a)(3)(E) of the Code (as added by section 511(b)(2) of the bill), strike out "any reserve for medical benefits provided to retired employees" and insert in lieu thereof "any reserve described in section 419A(c)(2)(A) for post-retirement medical benefits".

(91) Strike out clause (iii) of section 512(a)(3)(E) of the Code (as added by section 511(b)(2) of the bill) and insert the following:

"(iii) TREATMENT OF EXISTING RESERVES FOR POST-RETIREMENT MEDICAL OR LIFE INSURANCE BENEFITS—

"(I) Clause (i) shall not apply to any income attributable to a existing reserve for post-retirement medical or life insurance benefits.

"(II) For purposes of subclause (I), the term 'existing reserve or post-retirement medical or life insurance benefit' means the amount of assets set aside as of the close of the last plan year ending before the date of the enactment of the Tax Reform Act of 1984 for purposes of post-retirement medical benefits or life insurance benefits to be provided to covered employees.

"(III) All payments during plan years ending on or after the date of the enactment of the Tax Reform Act of 1984 of post-retirement medical benefits or life insurance benefits shall be charged against the reserve referred to in subclause (II) Except to the extent provided in regulations prescribed by the Secretary, all plans of an employer shall be treated as 1 plan for purposes of the preceding sentence."

(92) Strike out paragraph (2) of section 4976(b) of the Code (as added by section 511(c)(1) of the bill) and insert the following:

"(2) any post-retirement medical or life insurance benefit unless the plan meets the requirements of section 505(b)(1) with respect to such benefit, and"

(93) In the item added by section 511(c)(2) of the bill, strike out "4977" and insert in lieu thereof "4976".

(94) In paragraph (4) of section 511(e) of the bill, strike out "to be used to acquire" and insert in lieu thereof "to be used to acquire or improve".

(95) In paragraph (5) of section 511(e) of the bill, strike out "acquired pursuant to" and insert in lieu thereof "acquired or improved pursuant to".

(96) In the subsection heading for subsection (a) of section 505 of the Code (as added by section 513(a) of the bill), strike out "(9), (17), OR (20)" and insert in lieu thereof "(9) OR (20)"

(97) Redesignate paragraph (3) of section 505(a) of the Code (as added by section 513 of the bill) as paragraph (2).

(98) In subparagraph (B) of section 505(b)(1) of the Code (as added by section 513(a) of the bill), strike out "benefits for not discriminate" and insert in lieu thereof "benefits do not discriminate".

(99) At the end of subtitle E of title V of the bill, insert the following new section:

SEC. 561. LIMITATION ON ACCRUAL OF VACATION PAY.

(a) GENERAL RULE.—Paragraph (1) of section 463(a) (relating to accrual of vacation pay) is amended by striking out "and payable during" and inserting in lieu thereof "and expected to be paid during".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall apply to taxable years beginning after March 31, 1984.

(100) In the table of contents of the bill, insert after the item relating to section 560 the following new item:

SEC. 561. Limitation on accrual of vacation pay.

(101) In section 403(b)(8)(B) of the Code (as added by section 522(d)(10) of the bill), strike out clause (iii) and insert closing quotation marks at the end of clause (ii)

(102) In paragraph (1) of section 219(f), as amended by section 529 of the bill, strike out "paragraph (1)" and all that follows and insert in lieu thereof "section 71 with respect to a divorce or separation instrument described in subparagraph (A) of section 71(b)(2)."

(103) In paragraph (1) of section 125(h) of the Code (as added by section 531(b)(4)(A) of the bill), strike out "taxable" each place it appears.

(104) In section 4977 of the Code (as added by section 531(e)(1) of the bill), strike out subsection (e) and insert in lieu thereof the following new subsection:

"(e) TREATMENT OF CONTROLLED GROUPS — All employees treated as employed by a single employer under subsection (b), (c), or (m) of section 414 shall be treated as employed by a single employer for purposes of this section."

(105) In subparagraph (A) of section 103A(j)(3) of the Code (as added by section 611(b)(1) of the bill), strike out "a statement concerning" and insert in lieu thereof "(or such later time as the Secretary may prescribe with respect to any portion of the statement) a statement concerning".

(106) In subparagraph (A) of section 103A(j)(4) of the Code (as added by section 611(b)(1) of the bill), strike out "certifies that" and insert in lieu thereof "certifies in the manner prescribed by regulations that".

(107) In subparagraph (B) of section 103A(j)(4) of the Code (as added by section 611(b)(1) of the bill), strike out "paragraph (3)" and insert in lieu thereof "paragraph (3) or such other time as the Secretary may prescribe".

(108) In subparagraph (C) of section 103A(j)(4) of the Code (as added by section 611(b)(1) of the bill), strike out "constitutional home rule cities" and insert in lieu thereof "any constitutional home rule city".

(109) In subparagraph (B) of section 103A(j)(5) of the Code (as added by section 611(b)(1) of the bill)—

(A) strike out clause (i) and insert in lieu thereof the following:

"(i) a statement of the policies with respect to housing, development, and low-income housing assistance which such governmental unit is to follow in issuing qualified mortgage bonds and mortgage credit certificates, and

(B) strike out "great extent feasible" in clause (ii)(II) and insert in lieu thereof "greatest extent feasible".

(110) Strike out subparagraph (B) of section 103A(o)(3) of the Code (as added by section 611(c)(2) of the bill) and insert in lieu thereof the following:

"(B) STATE VETERANS LIMIT.—A State veterans limit for any calendar year is the amount equal to—

"(i) the aggregate amount of qualified veterans bonds issued by such State during the period beginning on January 1, 1979, and ending on June 22, 1984 (not including the amount of any qualified veterans bond issued by such State during the calendar year (or portion thereof) in such period for which the amount of such bonds so issued was the lowest), divided by

"(ii) the number (not to exceed 5) of calendar years after 1979 and before 1985 during which the State issued qualified veterans bonds (determined by only taking into account bonds issued on or before June 22, 1984).

(111) In subparagraph (C) of section 611(d)(3) of the bill—

(A) strike out "section 103(o)(3)" and insert in lieu thereof "section 103A(o)(3)", and

(B) strike out "such bond is authorized" and insert in lieu thereof "such bond was authorized".

(112) In paragraph (7) of section 611(d) of the bill—

(A) strike our "Annual report" in the paragraph heading and insert in lieu thereof "Report", and

(B) strike out "shall submit an annual report" and insert in lieu thereof "shall, not later than January 1, 1987, submit a report".

(113) In section 25(d)(2)(A) of the Code (as added by section 612(a) of the bill), strike out "or, if lesser, the aggregate amount of certified indebtedness referred to in clause (i)".

(114) At the end of subsection (d) of section 25 of the Code (as added by section 612(a) of the bill), insert the following:

"(3) ADDITIONAL LIMIT IN CERTAIN CASES.—In the case of a qualified mortgage credit certificate program in a State which—

"(A) has a State ceiling (as defined in section 103A(g)(4)) for the year an election is made that exceeds 20 percent of the average annual aggregate principal amount of mortgages executed during the immediately preceding 3 calendar years for single family owner-occupied residences located within the jurisdiction of such State, or

"(B) issued qualifies mortgage bonds in an aggregate amount less than $150,000,000 for calendar year 1983,

the certificate credit rate for any mortgage credit certificate shall not exceed 20 percent unless the issuing authority submits a plan to the Secretary to ensure that the weighted average of the certificate credit rates in such mortgage credit certificate program does not exceed 20 percent and the Secretary approves such plan

(115) In paragraph (2) of section 25(e) of the Code (as added by section 612(a) of the bill), strike out "(g) and (j) of section 103A" and insert in lieu thereof "and (j) of section