IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-541 T

(The Honorable Lynn J. Bush)

CNG TRANSMISSION MANAGEMENT VEBA,

Plaintiff

v.

UNITED STATES,

Defendant

**DECLARATION OF JASON BERGMANN**

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

JASON BERGMANN
Attorney of Record
Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3425
Facsimile: (202) 514-9440

I, Jason Bergmann, declare:

1. I am a Trial Attorney for the Department of Justice, Tax Division, and am a member of the Bar of this Court. I am counsel of record for the United States in the above-captioned cases.

2. A true copy of an IRS Form 990 for the 2000 tax year, which plaintiff produced to defendant during discovery in this action, is attached hereto as **Exhibit A.**

3. True copies of Plaintiff's Response to Defendant's First Set of Interrogatories, which was served in this action on defendant on September 11, 2007, and a related verification, which was served on defendant on October 1, 2007 are attached hereto as **Exhibit B.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 6, 2008.

s/Jason Bergmann
JASON BERGMANN