IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-541 T

(The Honorable Lynn J. Bush)

CNG TRANSMISSION MANAGEMENT VEBA,

Plaintiff

v.

UNITED STATES,

Defendant

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

JASON BERGMANN
Attorney of Record
Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3425
Facsimile: (202) 514-9440

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, defendant, the United States of America, submits the following proposed findings of uncontroverted fact in connection with its cross-motion for summary judgment, which supplement the proposed findings that plaintiff submitted in connection with its summary-judgment motion:

1. Plaintiff's Trust Agreement provides that "neither the income nor other assets of the Trust will inure to any person other than by payment of the benefits provided by the Plans, except as may otherwise be permitted by law." (*See* Plaintiff's Ex. B at 20, ¶ 22.1.)

2. At the beginning of the 2000 tax year, plaintiff had total net assets or fund balances of $44,804,622. (*See* Plaintiff's IRS Form 990 for the 2000 tax year, lines 19 & 74 (at Bergmann Declaration, Exhibit A).)

3. At the end of the 2000 tax year, plaintiff had total net assets or fund balances of $42,592,818. (*See* Form 990, lines 21 & 74.)

4. During the 2000 tax year, plaintiff received employer contributions of $12,684,454. (*See* Form 990, lines 2 & 93a.)

5. During the 2000 tax year, plaintiff received investment income of $2,798,002. That sum included $2,633,148 of dividends and interest from securities and $164,854 of interest on savings and temporary cash investments. (*See* Form 990, lines 4, 5, 95 & 96.)

6. During the 2000 tax year, plaintiff experienced a loss of $610,809 from the sale of assets other than inventory. (*See* Form 990, lines 8 & 100.)

7. During the 2000 tax year, plaintiff paid benefits to its members of $7,429,878. (*See* Form 990, lines 13 & 24.)

8. During the 2000 tax year, plaintiff's management and general expenses amounted to $1,167,879. (*See* Form 990, lines 14 & 44c.) Of that sum, $1,041,000 constituted estimated tax payments, and the remaining $126,879 constituted other management and general expenses. (*See* Form 990, lines 25, 31, 32, 41, 43b, and 43c; Form 990T, line 44b (at Plaintiff's Ex. D).)

9. During the 2000 tax year, plaintiff experienced other changes which reduced its net assets or fund balances by $8,485,694. (*See* Form 990, line 20.) Plaintiff's net assets or fund balances were reduced by $90,831 as a result of a partnership adjustment. (*See* Form 990, Line 20 Attachment.) Plaintiff's net assets or fund balances were reduced by $8,386,002 as a result of a "transfer to VNG Nonunion Mgmt Retireee VEBA (EIN:25-1874957 for initial funding)." (*Id.*) And plaintiff's net assets or fund balances were reduced by an additional $8,861 as a result of an interperiod income allocation. (*Id.*)

10. Plaintiff's transfer of $8,386,002 to VNG Nonunion Mgt Retiree VEBA occurred after Consolidated Natural Gas Company ("CNG Co.") sold its wholly owned subsidiary, Virginia Natural Gas Company, to a third party. The transfer was made pursuant to a Stock Purchase Agreement between CNG Co. and the third party. (*See* Plaintiff's Response to Interrogatory No. 2 (at Bergmann Declaration, Ex. B.))

Respectfully submitted,

s/Jason Bergmann
JASON BERGMANN
Attorney of Record
Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3425
Facsimile: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

June 6, 2008