# In The United States Court of Federal Claims

| | | |
|---|---|---|
| CNG TRANSMISSION MANAGEMENT VEBA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-541-T |
| v. | ) | |
| | ) | The Honorable Lynn J. Bush |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

---

## PLAINTIFF'S RESPONSES TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT

---

ERIC R. FOX,
Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
Suite 600
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. No.-202-662-3406
Facsimile No.-202-393-7601
E-Mail Address-ericfox@ipbtax.com

Kevin P. O'Brien
Of Counsel
Ivins, Phillips & Barker, Chartered
Suite 600
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. No.-202-662-3411
Facsimile No.-202-393-7601
E-Mail Address-kpobrien@ipbtax.com

Pursuant to Rule 56(h)(2) of the Rules of the Court of Federal Claims, plaintiff, CNG Transmission Management VEBA, submits this response to the proposed findings of uncontroverted fact submitted in support of defendant's cross-motion for summary judgment.

**DEFENDANT'S PROPOSED FINDING NO. 1**

Plaintiff's Trust Agreement provides that "neither the income nor other assets of the Trust will inure to any person other than by payment of the benefits provided by the Plans, except as may otherwise be permitted by law." (*See* Plaintiff's Ex. B at 20, ¶ 22.1.)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 1**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 2**

At the beginning of the 2000 tax year, plaintiff had total net assets or fund balances of $44,804,622. (*See* Plaintiff's IRS Form 990 for the 2000 tax year, lines 19 & 74 (at Bergmann Declaration, Exhibit A).)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 2**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 3**

At the end of the 2000 tax year, plaintiff had total net assets or fund balances of $42,592,818. (*See* Form 990, lines 21 & 74.)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 3**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 4**

During the 2000 tax year, plaintiff received employer contributions of $12,684,454. (*See* Form 990, lines 2 & 93a.)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 4**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 5**

During the 2000 tax year, plaintiff received investment income of $2,798,002. That sum included $2,633,148 of dividends and interest from securities and $164,854 of interest on savings and temporary cash investments. (*See* Form 990, lines 4, 5, 95 & 96.)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 5**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 6**

During the 2000 tax year, plaintiff experienced a loss of $610,809 from the sale of assets other than inventory. (*See* Form 990, lines 8 & 100.)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 6**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 7**

During the 2000 tax year, plaintiff paid benefits to its members of $7,429,878. (*See* Form 990, lines 13 & 24.)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 7**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 8**

During the 2000 tax year, plaintiff's management and general expenses amounted to $1,167,879. (*See* Form 990, lines 14 & 44c.) Of that sum, $1,041,000 constituted estimated tax payments, and the remaining $126,879 constituted other management and general expenses. (*See* Form 990, lines 25, 31, 32, 41, 43b, and 43c; Form 990T, line 44b (at Plaintiff's Ex. D).)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 8**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 9**

During the 2000 tax year, plaintiff experienced other changes which reduced its net assets or fund balances by $8,485,694. (*See* Form 990, line 20.) Plaintiff's net assets or fund balances were reduced by $90,831 as a result of a partnership adjustment. (*See* Form 990, Line 20 Attachment.) Plaintiff's net assets or fund balances were reduced by $8,386,002 as a result of a "transfer to VNG Nonunion Mgmt Retireee VEBA (EIN:25-1874957 for initial funding)." (*Id.*) And plaintiff's net assets or fund balances were reduced by an additional $8,861 as a result of an interperiod income allocation. (*Id.*)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 9**

*Undisputed*

**DEFENDANT'S PROPOSED FINDING NO. 10**

Plaintiff's transfer of $8,386,002 to VNG Nonunion Mgt Retiree VEBA occurred after Consolidated Natural Gas Company ("CNG Co.") sold its wholly owned subsidiary, Virginia Natural Gas Company, to a third party. The transfer was made pursuant to a

Stock Purchase Agreement between CNG Co. and the third party. (*See* Plaintiff's Response to Interrogatory No. 2 (at Bergmann Declaration, Ex. B.))

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDING NO. 10**

*Undisputed*

Respectfully submitted,

ERIC R. FOX,
Attorney for Plaintiff
Ivins, Phillips & Barker, Chartered
Suite 600
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. No.-202-662-3406
Facsimile No.-202-393-7601
E-Mail Address-ericfox@ipbtax.com

Kevin P. O'Brien
Of Counsel
Ivins, Phillips & Barker, Chartered
Suite 600
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. No.-202-662-3411
Facsimile No.-202-393-7601
E-Mail Address-kpobrien@ipbtax.com

June 27, 2008